IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


NORMAN I. COLON,

        Appellant,

 v.                                                   Case No. 5D22-710
                                                          LT Case No. 1999-CF-001620

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed April 28, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

O.H. Eaton, Jr., Assistant Regional
Counsel, of Office of Criminal Conflict &
Civil Regional Counsel, Casselberry,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence. However, we remand for entry of an amended costs order that provides citations to authority for the costs imposed. *Strong v. State*, 140 So. 3d 680, 681 (Fla. 5th DCA 2014) (citing *V.D. v. State*, 922 So. 2d 1037, 1038 (Fla. 5th DCA 2006)).

AFFIRMED in part; REVERSED in part; and REMANDED.

EISNAUGLE, HARRIS and SOUD, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).